# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PHRONDA WILLIAMS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1460-S-BH |
| | § | |
| JANET L. YELLEN | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Defendant's Motion to Dismiss, filed March 6, 2023 [ECF No. 21], is **GRANTED**. By separate judgment, Plaintiff's disability discrimination claim against Defendant will be dismissed without prejudice and her retaliation claim will be dismissed with prejudice.

**SO ORDERED.**

SIGNED November 21, 2023.

_____
UNITED STATES DISTRICT JUDGE